BROWN WEGNER LLP
William J. Brown, Jr. (SBN 192950)
  bill@brownwegner.com
Matthew K. Wegner (SBN 223062)
  mwegner@brownwegner.com
Lidia D. Sykisz (SBN 307994)
  lsykisz@brownwegner.com
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone: 949.705.0080

Attorneys for Defendant
ELLIOTT AUTO SUPPLY CO., INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA SALAS GURROLA, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELLIOTT AUTO SUPPLY CO., INC., a Minnesota corporation; and DOES 1 through 100,<br><br>Defendants. | Case No. '20CV1180 WQHAHG<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY JURISDICTION)**<br><br>State Action filed:     05/26/2020 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Elliott Auto Supply Co., Inc., a Minnesota corporation ("Defendant"), hereby removes to this Court the state court action described below.

1. On May 26, 2020, Plaintiff Amelia Salas Gurrola ("Plaintiff") filed this action in the Superior Court of the State of California, County of San Diego, captioned *Amelia Salas Gurrola v. Elliott Auto Supply Co., Inc., and Does 1 through 100*, docketed as Case No. 37-2020-00015368-CU-OE-CTL (the "State Court Action").

2. On May 28, 2020, the Summons and Class Action Complaint, Civil Case Cover Sheet, Plaintiff's Notice of Posting Jury Fees, and Notice of Case Assignment and Case Management Conference on Mandatory eFile Case were personally served on Defendant's California Agent for Service of Process. Removal is, therefore, timely under 28 U.S.C. § 1446(b). Attached hereto as **Exhibit A** is a copy of the Class Action Complaint, and collectively as **Exhibit B** are copies of all the other documents, filed in the State Court Action and served upon Defendant.

3. Plaintiff and the putative class members are, at all times material to this action, employees of Defendant in the State of California, and all citizens and residents of, and domiciled in, California. *See* Complaint, ¶¶ 3, 16.

4. Defendant is a citizen of the State of Minnesota—it is incorporated under the laws of the State of Minnesota, and its principal place of business is in Minnesota. 28 U.S.C. § 1332(c); *Hertz Corp. v. Friend*, 559 U.S. 77 (2010); *see also 3123 SMB LLC v. Horn*, 880 F.3d 461, 465 (9th Cir. 2018).

5. Plaintiff alleges claims arising from her employment with Defendant and alleged Unfair Competition. Plaintiff seeks, on a class-wide basis, an award including damages for overtime pay, minimum wage violations, rest period violations, meal period violations, wage statement violations, waiting time penalties, liquidated damages, special damages, restitution under California Business and Professions Code

Section 17200, plus prejudgment interest, and attorneys' fees and costs. *See* Complaint, ¶¶ 1--13 of the Prayer for Relief). Based on the foregoing, it is apparent on the face of the Complaint that Plaintiff seeks an award in excess of $75,000. Accordingly, the amount Plaintiff put in controversy meets or exceeds the $75,000 minimum for removal jurisdiction. 28 U.S.C. §§ 1332(a), 1441(b), 1441(c)(2); *see also McPhail v. Deere & Co.*, 529 F3d 947, 954 (10th Cir. 2008); *Lewis v. Communications, Inc.*, 627 F.3d 395, 400 (9th Cir. 2010).

      6.     This Court, therefore, has original jurisdiction under 28 U.S.C. §1332. This Action is removable under 28 U.S.C. §1441(b).

      7.     Pursuant to 28 U.S.C. §1446(a), this Notice of Removal is being filed in the United States District Court for the Southern District of California, which is the federal district court embracing the state court where the State Court Action was filed. No previous Notice of Removal has been filed in or made to this Court for the relief sought herein.

WHEREFORE, the above-titled State Court Action is hereby removed to this Court from the Superior Court of the State of California, County of San Diego.

DATED: June 26, 2020        BROWN WEGNER LLP

s/ William J. Brown, Jr.
William J. Brown, Jr.
Attorneys for Defendant
ELLIOTT AUTO SUPPLY CO., INC.
Email: bill@brownwegner.com